WILLIAM LOWMAN, Respondent, *v.* THE PENNSYLVANIA STEEL COMPANY, Appellant.

*Lowman* v. *Pennsylvania Steel Co.*, 142 App. Div. 891, affirmed.
(Argued May 17, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 4, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*H. Snowden Marshall* and *William H. Griffin* for appellant.

*Joseph A. Shay, John F. McIntyre* and *L. F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Dissenting: CULLEN, Ch. J.